IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**FILED**
JAMES J. VILT, JR. - CLERK

FEB 2 3 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jacqueline Rochelle Junior
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

USPS
Lyndon Branch
8127 Lagrange Rd 40222
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:23-CV-85-RGJ

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jacqueline Junior
   Street Address: 3858 Dixie Highway Louisville Ky 40216
   City and County: Louisville
   State and Zip Code: Ky 40216
   Telephone Number: 502-541-8032
   E-mail Address: Jackie.Junior-mom1@gmail.com
   Mailing address: P.O. Box 22625 Louisville Ky 40252

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Tracey Seymour
   Job or Title (if known): Station Manger @ Crestwood post office
   Street Address:
   City and County:
   State and Zip Code: Crestwood 40014
   Telephone Number: ?
   E-mail Address (if known): ?

   Defendant No. 2
   Name: Barney
   Job or Title (if known): He was the Station Manger at that time
   Street Address:
   City and County: Louisville Ky

2

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 3

        Name    _____

        Job or Title

        (if known)    _____

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 4

        Name    _____

        Job or Title

        (if known)    _____

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[x] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I got hurt on the Job the doctor release me at to work and they refused to let me come back for 3 years After returning without pay one year later I was illegally retired. 8-2008

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Jacqueline Junior, is a citizen of the State of *(name)* Kentucky.

    [x] b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* United Postal Service, is a citizen of the State of *(name)* Kentucky. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* __United States Postal Service__, is incorporated under the laws of the State of *(name)* __Kentucky__, and has its principal place of business in the State of *(name)* __Kentucky__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Over 600,000 or more__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was injured 4-1-04 and was release back to work one handed duty. I was refused work for three years and my WComp papers was never follow. Another Supervison by the name of Tina Dafes after getting a new Supvios told Tin 7 that you have a carried (tall time) out for three years she needs to be back before trouble. Stood the brayght me back to say you have to carry your own right because he said union said I did him I couldn't he said so vomit. I couldn't go I was short behind for two weeks I had to carry, then Tina stop and broyght her craft

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have lost my home & Cars. I was put on Meds Just to Cope every time I try to get something to keep my life the Post office would come up with something.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-23, 2023.

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Jacqueline Junio

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____