UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JACQUELINE ROCHELLE JUNIOR                                                    Plaintiff

v.                                                                      Civil Action No. 3:23-CV-85-RGJ

USPS, LYNDON BRANCH                                                          Defendant

* * * * *

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
A961.014